UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANVAR ANSOROV,      : | |
|       Petitioner   : | |
|                    : | |
| v.                  : | No. 2:25-cv-7313 |
|                    : | |
| DAVID O'NEILL, *Field Office Director* : | |
| *of Enforcement and Removal Operations,* : | |
| *Philadelphia Field Office, Immigration* : | |
| *and Customs Enforcement, et al.*, : | |
|       Respondents   : | |

**O R D E R**

**AND NOW,** this 6th day of January, 2026, upon consideration of Petitioner Anvar Ansorov's Petition for Writ of Habeas Corpus, **IT IS ORDERED THAT**:

1. Petitioner SHALL promptly serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2. **No later than January 13, 2026**, Respondents SHALL file an expedited response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents. The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention. The response shall also address whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

3. **No later than January 15, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

4. Petitioner SHALL NOT be transferred outside the Eastern District of Pennsylvania while the above-captioned action is pending.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge