UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANVAR ANSOROV,  :  <br>         Petitioner     :  <br>                           : <br> v.                        :    No. 2:25-cv-7313 <br>                           : <br> DAVID O'NEILL, *Field Office Director* : <br> *of Enforcement and Removal Operations,* : <br> *Philadelphia Field Office, Immigration* : <br> *and Customs Enforcement, et al.*,    : <br>         Respondents    : | |

# **O R D E R**

**AND NOW,** this 9th day of January, 2026, upon consideration of the Order dated January 6, 2026, ordering an expedited response and directing that Petitioner Anvar Ansorov not be transferred outside the Eastern District of Pennsylvania while the above-captioned action is pending, *see* ECF No. 3, and of the parties' stipulation advising that "prior to the issuance of the Order, Petitioner was moved from the Federal Detention Center in the Eastern of District of Pennsylvania to the Moshannon Valley Processing Center in the Western District of Pennsylvania [. . . and t]he parties stipulate that, pending the Court's ruling on the pending motion and application, Petitioner will not be removed from the Commonwealth of Pennsylvania," *see* attached,[1] **IT IS ORDERED THAT**:

Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The stipulation further provides that "[t]o expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience." The parties ask this Court to enter an order stating that the petition will be decided on the papers; however, although this Court intends at this time to decide the petition on the papers, it will not enter such an order before it has had an opportunity to review petition, once it is fully briefed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANVAR ANSOROV,

    Petitioner,

v.

DAVID O'NEILL, *ET AL.*,

    Respondents.

No. 25-cv-7313

**RESPONSE, STIPULATION, & ORDER**

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on December 24, 2025 (Doc. No. 1). The parties are in receipt of this Court's January 6, 2026 Order (Doc. No. 2), and respond and stipulate as follows:

1. The parties acknowledge this Court's Order enjoining Respondents from removing or transferring Petitioner from the Eastern District of Pennsylvania; however, prior to the issuance of the Order, Petitioner was moved from the Federal Detention Center in the Eastern of District of Pennsylvania to the Moshannon Valley Processing Center in the Western District of Pennsylvania on December 28, 2025. The parties stipulate that, pending the Court's ruling on the pending motion and application, Petitioner will not be removed from the Commonwealth of Pennsylvania.

2. Respondents shall file an opposition to the petition for writ of habeas corpus on or before January 13, 2026.

3. To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

1

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

| | |
|---|---|
| Dated: January 9, 2026 | Respectfully submitted, |
| | DAVID METCALF<br>United States Attorney |
| */s/ Christopher M. Casazza*<br>CHRISTOPHER M. CASAZZA<br>Palladino, Isbell & Casazza, LLC<br>1528 Walnut Street, Suite 1701<br>Philadelphia, PA 19102<br>Email: chris@piclaw.com<br><br>*Counsel for Petitioner* | */s/ Alfred J. Vogt*<br>ALFRED J. VOGT<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone:   (215) 861-8200<br>Email:   Alfred.vogt@usdoj.gov<br><br>*Counsel for Respondents* |

2